UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOANDY FERNANDEZ-MORALES,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>DR. AGUSTIN, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01319-GMN-NJK<br><br>**Order**<br><br>[Docket No. 23] |

　　　　Pending before the Court are discovery requests filed by Plaintiff. Docket No. 23. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.[1]

　　　　IT IS SO ORDERED.

　　　　Dated: October 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] It appears this discovery was served on Defendants. *See, e.g.*, Docket No. 23 at 3. Nothing herein impacts the requirements for Defendants to respond to the discovery.

1