# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

YOANDY FERNANDEZ-MORALES,

    Plaintiff(s),

v.

DR. AGUSTIN, et al.,

    Defendant(s).

Case No. 2:21-cv-01319-GMN-NJK

**ORDER**

[Docket No. 25]

    Pending before the Court is Plaintiff's request for judicial notice, which the Court construes as a motion to compel discovery. Docket No. 25. Defendants must file a response by December 15, 2022.

    IT IS SO ORDERED.

    Dated: December 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1